WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>Plaintiff,<br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(FIRST REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1  "Parties") stipulate and agree that McDonald's shall have an additional thirty (30) days from the

2  current deadline of April 10, 2023, up to and including May 10, 2023, to respond to The D's

3  Motion to Dismiss [ECF No. 22].

4      Parties further agree that any reply brief The D desires to file in support of said Motion to

5  Dismiss shall be due by May 17, 2023.

6      Good cause exists to grant the requested extension. Parties are actively engaged in good

7  faith discussions to try to resolve this matter in lieu of continuing litigation. This is the parties'

8  first request for an extension of this deadline, and is not submitted to cause any undue delay or

9  prejudice.

| DATED this 5th day of April, 2023. | DATED this 5th day of April, 2023. |
|---|---|
| DICKENSON WRIGHT PLLC | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Cynthia L. Alexander | /s/ Yanxiong Li |
| Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Kerry E. Kleiman, Esq.<br>Nevada Bar No. 14071<br>3883 Howard Hughes Pkwy., Ste. 800<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas* | Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br><br>MARK E. FERRARIO<br>Nevada Bar No. 1625<br>ALAYNE OPIE<br>Nevada Bar No. 12623<br>KYLE EWING<br>Nevada Bar No. 14051<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff McDonald's Corporation* |

IT IS SO ORDERED

DATED:  April 7, 2023

U.S DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 5th day of April, 2023, the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Lisa Cox*

An Employee of WRIGHT, FINLAY & ZAK, LLP