WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.:2:23-cv-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | (SECOND REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

"Parties") hereby stipulate and agree that McDonald's shall have an additional thirty (30) days from the current deadline of May 10, 2023, up to and including June 9, 2023, to respond to The D's Motion to Dismiss [ECF No. 22]. Parties further stipulate and agree that any reply in support of said Motion to Dismiss The D desires to file shall be due by June 16, 2023.

Parties remain engaged in good faith settlement discussions in their efforts to resolve this matter in lieu of expending fees and costs to continue litigation. This is the parties' second request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of May, 2023. | DATED this 5th day of May, 2023. |
| DICKENSON WRIGHT PLLC | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Cynthia L. Alexander | /s/ Yanxiong Li |
| Cynthia L. Alexander, Esq. | Christina V. Miller, Esq. |
| Nevada Bar No. 6718 | Nevada Bar No. 12448 |
| Kerry E. Kleiman, Esq. | Yanxiong Li, Esq. |
| Nevada Bar No. 14071 | Nevada Bar No. 12807 |
| 3883 Howard Hughes Pkwy., Ste. 800 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, NV 89169 | Las Vegas, NV 89117 |
| *Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas* | MARK E. FERRARIO<br>Nevada Bar No. 1625<br>ALAYNE OPIE<br>Nevada Bar No. 12623<br>KYLE EWING<br>Nevada Bar No. 14051<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff McDonald's Corporation* |

**IT IS SO ORDERED.**

Dated May 5, 2023.

_____
UNITED STATES DISTRICT JUDGE