WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISCOVERY PLAN/SCHEDULING ORDER**<br><br>(FIRST REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

"Parties"), by and through their undersigned counsels of record, jointly submit this stipulation:

WHEREAS:

1. On March 17, 2023, McDonald's filed its operative pleading, the Amended Complaint [ECF No. 8];

2. On March 27, 2023, The D filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 22];

3. Parties' proposed Discovery Plan/Scheduling Order is currently due May 11, 2023 [ECF No. 22];

4. As the parties stated in their Stipulation to extend briefing schedule related to The D's Motion to Dismiss [ECF No. 27], parties are pursuing negotiations to resolve this matter through settlement in lieu of continuing litigation.

5. Counsels for the parties believe that additional time is needed to continue these negotiations.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

NOW THEREFORE, the parties stipulate and agree that the current deadline of May 11, 2023 shall be extended up to and including June 12, 2023[1] for the parties to submit a Discovery Plan/Scheduling Order. This is the parties' first request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 5th day of May, 2023.

DICKENSON WRIGHT PLLC

*/s/ Cynthia L. Alexander*

Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Pkwy., Ste. 800
Las Vegas, NV 89169

*Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas*

DATED this 5th day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li*

Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff McDonald's Corporation*

**IT IS SO ORDERED.**

Dated this 5th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] As thirty days from May 11, 2023 actually falls on Saturday, June 10, 2023, parties propose deadline through the end of the following business day.