WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(THIRD REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1    "Parties") hereby stipulate and agree that McDonald's shall have an additional two weeks from

2    the current deadline of June 9, 2023, up to and including June 23, 2023, to respond to The D's

3    Motion to Dismiss [ECF No. 22]. Parties further stipulate and agree that any reply in support of

4    said Motion to Dismiss The D desires to file shall be due by June 30, 2023.

5           Parties have been and continues to be engaged in good faith settlement discussions

6    to resolve this matter in lieu of expending fees and costs to continue litigation.  Since their

7    last request, the Parties have exchanged correspondences detailing circumstances surrounding

8    the alleged defaults, related investigations, remedial measures taken and proposing a path

9    forward in their continuing business relations.  The Parties are diligently working together to

10   schedule a meeting involving their respective management to finalize discussion initiated

11   through  these correspondences, and conferring on the terms of a proposed stipulation for

12   dismissal of this action. Thus, the Parties request a brief extension of the current deadlines

13   associated with The D's Motion to Dismiss.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    This is the parties' third request for an extension of this deadline, and is not submitted to

2    cause any undue delay or prejudice.

3         **IT IS SO STIPULATED.**

4

     DATED this 9th day of June, 2023.          DATED this 9th day of June, 2023.

5    DICKENSON WRIGHT PLLC                       WRIGHT, FINLAY & ZAK, LLP

6

7

8    */s/ Cynthia L. Alexander*                  */s/ Yanxiong Li*
     Cynthia L. Alexander, Esq.                  Christina V. Miller, Esq.
9    Nevada Bar No. 6718                         Nevada Bar No. 12448
     Kerry E. Kleiman, Esq.                      Yanxiong Li, Esq.
10   Nevada Bar No. 14071                        Nevada Bar No. 12807
     3883 Howard Hughes Pkwy., Ste. 800          7785 W. Sahara Ave., Suite 200
11   Las Vegas, NV 89169                         Las Vegas, NV 89117

12
     *Attorneys for Defendant, Circa*            MARK E. FERRARIO
13   *Hospitality Group II LLC d/b/a The D*      Nevada Bar No. 1625
     *Las Vegas*                                 ALAYNE OPIE
14                                               Nevada Bar No. 12623
                                                 KYLE EWING
15                                               Nevada Bar No. 14051
                                                 **GREENBERG TRAURIG, LLP**
16                                               10845 Griffith Peak Drive, Suite 600
                                                 Las Vegas, Nevada 89135
17

18                                               *Attorneys for Plaintiff McDonald's Corporation*

19

20        **IT IS SO ORDERED.**

21        Dated June 9, 2023.

22        _____
          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28