WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**Greenberg Traurig, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
          opiea@gtlaw.com
          ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>    Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISCOVERY PLAN/SCHEDULING ORDER**<br><br>(SECOND REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1   "Parties"), by and through their undersigned counsels of record, jointly submit this stipulation:

2       WHEREAS:

3          1.  On March 17, 2023, McDonald's filed its operative pleading, the Amended Complaint [ECF No. 8];

5          2.  On March 27, 2023, The D filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 22];

7          3.  Deadline for the Parties to submit their proposed Discovery Plan/Scheduling Order was previously extended from May 11, 2023 to June 12, 2023 [ECF No. 32];

9          4.  Parties have been and continues to be engaged in good faith settlement discussions to resolve this matter in lieu of expending fees and costs to continue litigation. Since their last request, the Parties have exchanged correspondences detailing circumstances surrounding the alleged defaults, related investigations, remedial measures taken and proposing a path forward in their continuing business relations. The Parties are diligently working together to schedule a meeting involving their respective management to finalize discussion initiated through these correspondences, and conferring on the terms of a proposed stipulation for dismissal of this action;

18         5.  Parties believe additional time is required to complete their negotiations.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOW THEREFORE, the parties stipulate and agree that the current deadline of June 12, 2023 shall be extended up to and including June 26, 2023 for the parties to submit a Discovery Plan/Scheduling Order.  This is the parties' second request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 9th day of June, 2023. | DATED this 9th day of June, 2023. |
| DICKENSON WRIGHT PLLC | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Cynthia L. Alexander | /s/ Yanxiong Li |
| Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Kerry E. Kleiman, Esq.<br>Nevada Bar No. 14071<br>3883 Howard Hughes Pkwy., Ste. 800<br>Las Vegas, NV 89169 | Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| *Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas* | MARK E. FERRARIO<br>Nevada Bar No. 1625<br>ALAYNE OPIE<br>Nevada Bar No. 12623<br>KYLE EWING<br>Nevada Bar No. 14051<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff McDonald's Corporation* |

**IT IS SO ORDERED.**

Dated this __9th__ day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE