WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.:2:23-cv-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | (FOURTH REQUEST) |
| Defendant. | |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1    "Parties") hereby stipulate and agree that McDonald's shall have an additional thirty (30) days

2    from the current deadline of June 23, 2023, up to and including July 24, 2023,[1] to respond to The

3    D's Motion to Dismiss [ECF No. 22].  Parties further stipulate and agree that any reply in support

4    of said Motion to Dismiss The D desires to file shall be due by July 31, 2023.

5            As previously reported, the Parties have been and continues to be engaged in good faith

6    settlement discussions through an exchange of correspondences detailing circumstances

7    surrounding the alleged defaults, related investigations, remedial measures taken and proposing a

8    path forward in their continuing business relations.  The Parties have also agreed to a meeting

9    involving their respective management to finalize discussion initiated through these

10   correspondences and to confer on terms of a proposed stipulation for dismissal of this action.  The

11   Parties are in the process of confirming availability for their respective management and targeting

12   to complete the agreed-upon meeting during the week of July 17, 2023.

13           Thus, the Parties request an additional extension of the current deadlines associated with

14   The D's Motion to Dismiss to complete their good faith settlement discussions, success of which

15   will preclude the need to proceed with motion practice and litigation of this case.  This is the

16   parties' fourth request for an extension of this deadline, and is not submitted to cause any undue

17   delay or prejudice.

18           **IT IS SO STIPULATED.**

19   DATED this 23rd day of June, 2023.        DATED this 23rd day of June, 2023.

20   DICKENSON WRIGHT PLLC                WRIGHT, FINLAY & ZAK, LLP

21

22   */s/ Kerry E. Kleiman*                      */s/ Yanxiong Li*

23   Cynthia L. Alexander, Esq.               Christina V. Miller, Esq.
     Nevada Bar No. 6718                      Nevada Bar No. 12448

24   Kerry E. Kleiman, Esq.                   Yanxiong Li, Esq.
     Nevada Bar No. 14071                     Nevada Bar No. 12807

25   3883 Howard Hughes Pkwy., Ste. 800       7785 W. Sahara Ave., Suite 200

26   Las Vegas, NV 89169                      Las Vegas, NV 89117

27

28
     ────────────────────
     [1] Last day of the agreed-upon extended period falls on Sunday, July 23, 2023.

1   *Attorneys for Defendant, Circa*       MARK E. FERRARIO
2   *Hospitality Group II LLC d/b/a The D*  Nevada Bar No. 1625
    *Las Vegas*                            ALAYNE OPIE
3                                          Nevada Bar No. 12623
                                           KYLE EWING
4                                          Nevada Bar No. 14051
                                           **GREENBERG TRAURIG, LLP**
5                                          10845 Griffith Peak Drive, Suite 600
                                           Las Vegas, Nevada 89135
6
7                                          *Attorneys for Plaintiff  McDonald's Corporation*

8       **IT IS SO ORDERED.**

9       Dated June 26, 2023.

10                                         _____
                                           UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28