WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>                    Plaintiff,<br>      vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A<br>THE D LAS VEGAS,<br><br>                    Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(FIFTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1   "Parties") hereby stipulate and agree that McDonald's shall have an additional thirty (30) days

2   from the current deadline of July 24, 2023, up to and including August 23, 2023, to respond to

3   The D's Motion to Dismiss [ECF No. 22]. Parties further stipulate and agree that any reply in

4   support of said Motion to Dismiss The D desires to file shall be due by August 30, 2023.

5          As previously reported, the Parties have agreed to a meeting involving their respective

6   management to finalize settlement discussion initiated through multiple correspondences detailing

7   circumstances surrounding the alleged defaults, related investigations, remedial measures taken

8   and proposing a path forward in their continuing business relations.  The Parties have worked

9   diligently to coordinate the availability of the prospective attendees, and have agreed to set July

10  26, 2023 as the meeting date.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Thus, the Parties request an additional extension of the current deadlines associated with The D's Motion to Dismiss to complete their good faith settlement discussions, success of which will preclude the need to proceed with motion practice and litigation of this case.   This is the parties' fifth request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 24th day of July, 2023.

DICKENSON WRIGHT PLLC

*/s/ Kerry E. Kleiman*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Pkwy., Ste. 800
Las Vegas, NV 89169

*Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas*

DATED this 24th day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff  McDonald's Corporation*

**IT IS SO ORDERED.**

Dated  July 24, 2023.

_____
UNITED STATES DISTRICT JUDGE