WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
      opiea@gtlaw.com
      ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.:2:23-cv-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISCOVERY PLAN/SCHEDULING ORDER** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | (FOURTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1 "Parties"), by and through their undersigned counsels of record, jointly submit this stipulation:

2   WHEREAS:

3   1.  On March 17, 2023, McDonald's filed its operative pleading, the Amended
4       Complaint [ECF No. 8];

5   2.  On March 27, 2023, The D filed its Motion to Dismiss Plaintiff's Amended
6       Complaint [ECF No. 22];

7   3.  Deadline for the Parties to submit their proposed Discovery Plan/Scheduling Order
8       was previously extended from June 26, 2023 to July 26, 2023 [ECF No. 40];

9   4.  As previously reported, the Parties have agreed to a meeting involving their
10      respective management to finalize settlement discussion initiated through multiple
11      correspondences detailing circumstances surrounding the alleged defaults, related
12      investigations, remedial measures taken and proposing a path forward in their
13      continuing business relations.  The Parties have worked diligently to coordinate the
14      availability of the prospective attendees, and have agreed to set July 26, 2023 as
15      the meeting date.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOW THEREFORE, the parties stipulate and agree that the current deadline of July 26, 2023 shall be extended up to and including August 25, 2023 for the parties to submit a Discovery Plan/Scheduling Order. This is the parties' fourth request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 24th day of July, 2023.

DICKENSON WRIGHT PLLC

*/s/ Kerry E. Kleiman*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Pkwy., Ste. 800
Las Vegas, NV 89169

*Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas*

DATED this 24th day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff McDonald's Corporation*

**IT IS SO ORDERED.**

Dated this 24th day of July, 2023.

UNITED STATES MAGISTRATE JUDGE