WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
          opiea@gtlaw.com
          ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>                    Plaintiff,<br>     vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>                    Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(SIXTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

1  "Parties") hereby stipulate and agree that McDonald's shall have an additional thirty (30) days
2  from the current deadline of August 23, 2023, up to and including September 22, 2023, to respond
3  to The D's Motion to Dismiss [ECF No. 22]. Parties further stipulate and agree that any reply in
4  support of said Motion to Dismiss The D desires to file shall be due by September 29, 2023.
5  / / /
6  / / /
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

The Parties completed their meeting involving respective management on July 26, 2023 as previously reported, and are working diligently to memorialize their meeting discussions and an agreed-upon path forward in their continuing business relations.  The Parties agree that an additional extension of the current deadlines associated with The D's Motion to Dismiss is necessary so they may continue to devote their focus towards resolving this case in lieu of continuing litigation.  This is the parties' sixth request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 23rd day of August, 2023.

DICKENSON WRIGHT PLLC

*/s/ Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Pkwy., Ste. 800
Las Vegas, NV 89169

*Attorneys for Defendant, Circa Hospitality Group II LLC d/b/a The D Las Vegas*

DATED this 23rd day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff McDonald's Corporation*

**IT IS SO ORDERED.**

Dated: August 23, 2023.

_____
UNITED STATES DISTRICT JUDGE