WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.:2:23-cv-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISCOVERY PLAN/SCHEDULING ORDER** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | (FIFTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D" and together with McDonald's, hereafter as the

"Parties"), by and through their undersigned counsels of record, jointly submit this stipulation:

WHEREAS:

1. On March 17, 2023, McDonald's filed its operative pleading, the Amended Complaint [ECF No. 8];

2. On March 27, 2023, The D filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 22];

3. Deadline for the Parties to submit their proposed Discovery Plan/Scheduling Order was previously extended from July 26, 2023 to August 26, 2023 [ECF No. 45];

4. The Parties completed their meeting involving respective management on July 26, 2023 as previously reported, and are working diligently to memorialize their meeting discussions and an agreed-upon path forward in their continuing business relations.  The Parties agree that an additional extension of the current deadlines associated with the Discovery Plan/Schedule Order is necessary so they may continue to devote their focus towards resolving this case in lieu of continuing litigation.

///
///
///
///
///
///
///
///
///
///
///
///

1    NOW THEREFORE, the parties stipulate and agree that the current deadline of August

2  26, 2023 shall be extended up to and including September 25, 2023 for the parties to submit a

3  Discovery Plan/Scheduling Order. This is the parties' fifth request for an extension of this

4  deadline, and is not submitted to cause any undue delay or prejudice.

5    **IT IS SO STIPULATED.**

6

7  DATED this 25th day of August, 2023.        DATED this 25th day of August, 2023.

8  DICKENSON WRIGHT PLLC                        WRIGHT, FINLAY & ZAK, LLP

9  */s/ Cynthia L. Alexander*                   */s/ Yanxiong Li*
   Cynthia L. Alexander, Esq.                   Christina V. Miller, Esq.
10 Nevada Bar No. 6718                          Nevada Bar No. 12448
   Kerry E. Kleiman, Esq.                       Yanxiong Li, Esq.
11 Nevada Bar No. 14071                         Nevada Bar No. 12807
   3883 Howard Hughes Pkwy., Ste. 800           7785 W. Sahara Ave., Suite 200
12 Las Vegas, NV 89169                          Las Vegas, NV 89117

13
   *Attorneys for Defendant, Circa*             MARK E. FERRARIO
14 *Hospitality Group II LLC d/b/a The D*       Nevada Bar No. 1625
   *Las Vegas*                                  ALAYNE OPIE
15                                              Nevada Bar No. 12623
                                                KYLE EWING
16                                              Nevada Bar No. 14051
17                                              **GREENBERG TRAURIG, LLP**
                                                10845 Griffith Peak Drive, Suite 600
18                                              Las Vegas, Nevada 89135
19
                                                *Attorneys for Plaintiff  McDonald's Corporation*
20

21

22   **IT IS SO ORDERED.**

23   Dated this _25th_ day of August, 2023.

24                                        _____
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28