WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>        Plaintiff,<br>    vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>        Defendant. | Case No.: 2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(SEVENTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D") and together with McDonald's, hereafter as the

1  "Parties") hereby stipulate and agree that McDonald's shall have up to and including September

2  29, 2023 to respond to The D's Motion to Dismiss [ECF No. 22]. Parties further stipulate and

3  agree that any reply in support of said Motion to Dismiss The D desires to file shall be due by

4  October 6, 2023.

5          The Parties agree that a short, one-week extension of the current deadlines associated with

6  the D's Motion to Dismiss is necessary and appropriate.  This is the parties' seventh request for

7  an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

8          **IT IS SO STIPULATED.**

9

10  DATED this 22nd day of September, 2023.          DATED this 22nd day of September, 2023.

11  DICKENSON WRIGHT PLLC                            WRIGHT, FINLAY & ZAK, LLP

12  */s/ Kerry E. Kleiman*                           */s/ Yanxiong Li*
    Cynthia L. Alexander, Esq.                       Christina V. Miller, Esq.

13  Nevada Bar No. 6718                              Nevada Bar No. 12448
    Kerry E. Kleiman, Esq.                           Yanxiong Li, Esq.

14  Nevada Bar No. 14071                             Nevada Bar No. 12807
    3883 Howard Hughes Pkwy., Ste. 800               7785 W. Sahara Ave., Suite 200

15  Las Vegas, NV 89169                              Las Vegas, NV 89117

16
    *Attorneys for Defendant, Circa Hospitality*     MARK E. FERRARIO

17  *Group II LLC d/b/a The D Las Vegas*             Nevada Bar No. 1625
                                                     ALAYNE OPIE

18                                                   Nevada Bar No. 12623
                                                     KYLE EWING

19                                                   Nevada Bar No. 14051

20                                                   **GREENBERG TRAURIG, LLP**
                                                     10845 Griffith Peak Drive, Suite 600

21                                                   Las Vegas, Nevada 89135

22                                                   *Attorneys for Plaintiff  McDonald's*

23                                                   *Corporation*

24

25          **IT IS SO ORDERED.**

26          Dated September 25, 2023.

27

28                                                   _____
                                                     UNITED STATES DISTRICT JUDGE

1

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 22nd day of September, 2023, the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.


*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP