WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
yli@wrightlegal.net

MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A<br>THE D LAS VEGAS,<br><br>                    Defendant. | Case No.: 2:23-cv-00384-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DISCOVERY PLAN/SCHEDULING ORDER**<br><br>(SIXTH REQUEST) |

Plaintiff, McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality

Group II LLC d/b/a The D Las Vegas ("The D") and together with McDonald's, hereafter as the

"Parties"), by and through their undersigned counsels of record, jointly submit this stipulation:

WHEREAS:

1. On March 17, 2023, McDonald's filed its operative pleading, the Amended Complaint [ECF No. 8];

2. On March 27, 2023, The D filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 22];

3. Deadline for the Parties to submit their proposed Discovery Plan/Scheduling Order was previously extended from August 26, 2023 to September 25, 2023 [ECF No. 49];

4. The Parties have agreed to one final short extension of the current deadline to submit their proposed Discovery Plan/Scheduling Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   NOW THEREFORE, the parties stipulate and agree that the current deadline of September

2   25, 2023 shall be extended up to and including September 29, 2023 for the parties to submit a

3   Discovery Plan/Scheduling Order. This is the parties' sixth request for an extension of this

4   deadline, and is not submitted to cause any undue delay or prejudice.

5   **IT IS SO STIPULATED.**

6

7   DATED this 22nd day of September, 2023.        DATED this 22nd day of September, 2023.

8   DICKENSON WRIGHT PLLC                          WRIGHT, FINLAY & ZAK, LLP

9   */s/ Kerry E. Kleiman*                         */s/ Yanxiong Li*
    Cynthia L. Alexander, Esq.                     Christina V. Miller, Esq.

10  Nevada Bar No. 6718                            Nevada Bar No. 12448
    Kerry E. Kleiman, Esq.                         Yanxiong Li, Esq.

11  Nevada Bar No. 14071                           Nevada Bar No. 12807
    3883 Howard Hughes Pkwy., Ste. 800             7785 W. Sahara Ave., Suite 200

12  Las Vegas, NV 89169                            Las Vegas, NV 89117

13
    *Attorneys for Defendant, Circa Hospitality*   MARK E. FERRARIO

14  *Group II LLC d/b/a The D Las Vegas*           Nevada Bar No. 1625
                                                   ALAYNE OPIE

15                                                 Nevada Bar No. 12623
                                                   KYLE EWING

16                                                 Nevada Bar No. 14051

17                                                 **GREENBERG TRAURIG, LLP**
                                                   10845 Griffith Peak Drive, Suite 600

18                                                 Las Vegas, Nevada 89135

19
                                                   *Attorneys for Plaintiff McDonald's*

20                                                 *Corporation*

21

22  **IT IS SO ORDERED.**

23
    Dated this 22nd day of September, 2023.

24

25  _____
    UNITED STATES MAGISTRATE JUDGE

26

27

28