**WRIGHT, FINLAY & ZAK, LLP**
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
yli@wrightlegal.net

**JENNER & BLOCK LLP**
Andrew W. Vail, Esq.
*Pro Hac Vice Pending*
Wade A. Thomson, Esq.
*Pro Hac Vice Pending*
Kaitlin M. Leskovac, Esq.
*Pro Hac Vice Pending*
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350 / Fax: (312) 527-0484
Email: AVail@jenner.com
WThomson@jenner.com
KLeskovac@jenner.com

Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Alayne Opie, Esq.
Nevada Bar No. 12623
Kyle Ewing, Esq.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
opiea@gtlaw.com
ewingk@gtlaw.com

*Attorneys for Plaintiff, McDonald's Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>Plaintiff,<br>vs.<br><br>CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS,<br><br>Defendant. | Case No.:2:23-cv-00384-JCM-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, MCDONALD'S CORPORATION, hereby substitutes Andrew W. Vail, Esq., Wade A. Thomson, Esq., and Kaitlin M. Leskovac, Esq. of the law firm of Jenner & Block LLP as Plaintiff's attorney of record in the above-captioned case in place and stead of Mark E. Ferrario, Esq., Alayne Opie, Esq., and Kyle Ewing, Esq. of the law firm of Greenberg Traurig, LLP.

The address and contact information for Plaintiff's new attorneys are: 353 North Clark Street, Chicago IL 60654; Telephone: (312) 222-9350; Email: avail@jenner.com (Andrew W. Vail, Esq.); wthomson@jenner.com (Wade A. Thomson, Esq.); kleskovac@jenner.com (Kaitlin M. Leskovac, Esq.).

DATED this 23rd day of October, 2023.                    MCDONALD'S CORPORATION

By: */s/ Devon Largio*
Devon Largio

Outgoing attorneys of the law firm of Greenberg Traurig, LLP hereby consent to the substitution of attorney described herein.

DATED this 23rd day of October, 2023.                    GREENBERG TRAURIG, LLP

By: */s/ Alayne Opie*
Mark E. Ferrario, Esq. (NBN: 1625)
Alayne Opie, Esq. (NBN: 12623)
Kyle Ewing, Esq. (NBN: 14051)

///
///
///
///
///
///
///
///
///
///

1       Newly substituted attorneys of the law firm of Jenner & Block LLP are duly admitted to

2 practice in this District, have been RETAINED by Plaintiff to represent it in the above-captioned

3 case, and consent to the substitution of attorney described herein.

4 DATED this 23rd day of October, 2023.       JENNER & BLOCK LLP

5       By: */s/ Andrew W. Vail*

6       Andrew W. Vail, Esq.
      (*Pro Hac Vice Pending*)

7       Wade A. Thomson, Esq.

8       (*Pro Hac Vice Pending*)
      Kaitlin M. Leskovac, Esq.

9       (*Pro Hac Vice Pending*)

10       **ORDER**

11 **IT IS SO ORDERED.**

12 **DATED:  October 23, 2023**

13

14 _____

15 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28