MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: ferrariom@gtlaw.commailto:miltenbergerc@gtlaw.com
        opiea@gtlaw.com
        ewingk@gtlaw.com

*Former Counsel for Plaintiff McDonald's Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No. 2:23-cv-00384-JCM-EJY |
| Plaintiff, | |
| v. | **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS | |
| Defendant. | |

Pursuant to LR IA 11-6(b) and (e) Mark Ferrario, Alayne Opie and Kyle Ewing hereby move to be removed from all service lists, including the Court's CM/ECF service list for the above-captioned matter.  Pursuant to the Order Granting the Substitution of Counsel [ECF 67] Jenner & Block LLP replaced Greenberg Traurig LLP as counsel for Plaintiff McDonald's Corporation in the above-entitled action.

It is therefore requested that the following emails be removed from the electronic notification list in this case: ferrariom@gtlaw.com, opiea@gtlaw.com, and ewingk@gtlaw.com.

DATED this 6th day of November 2023.

GREENBERG TRAURIG, LLP

/s/ Alayne M. Opie
MARK E. FERRARIO
Nevada Bar No. 1625
ALAYNE OPIE
Nevada Bar No. 12623
KYLE EWING
Nevada Bar No. 14051
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Former Counsel for Plaintiff McDonald's Corporation*

IT IS SO ORDERED.

[signature]

DATED:   November 6, 2023