| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **JENNER & BLOCK LLP** |
| Darren T. Brenner | Andrew W. Vail, Esq. |
| Nevada Bar No. 8386 | *Admitted Pro Hac Vice* |
| Christina V. Miller, Esq. | Wade A. Thomson, Esq. |
| Nevada Bar No. 12448 | *Admitted Pro Hac Vice* |
| Yanxiong Li, Esq. | Kaitlin M. Leskovac, Esq. |
| Nevada Bar No. 12807 | *Admitted Pro Hac Vice* |
| 7785 W. Sahara Ave., Suite 200 | 353 N. Clark Street |
| Las Vegas, NV 89117 | Chicago, IL 60654 |
| (702) 475-7964; Fax: (702) 946-1345 | Tel.: (312) 222-9350 / Fax: (312) 527-0484 |
| dbrenner@wrightlegal.net | Email: AVail@jenner.com |
| cmiller@wrightlegal.net | WThomson@jenner.com |
| yli@wrightlegal.net | KLeskovac@jenner.com |

*Attorneys for Plaintiff, McDonald's Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.: 2:23-CV-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 78)** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | |

Plaintiff McDonald's Corporation Plaintiff McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D") hereby stipulate and agree as follows:

1. On December 28, 2023, McDonald's filed a Motion for Leave to File Second Amended Complaint, ECF No. 78.

2. On January 11, 2024, The D filed a Limited Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, ECF No. 82.

3. The D hereby stipulates to withdraw its Limited Opposition and the objections raised therein.

4. The parties have further stipulated to allow McDonald's to file the Proposed Second Amended Complaint, attached as an exhibit to ECF No. 78.

5. McDonald's will file its Second Amended Complaint within three (3) business days of the Court entering the proposed order contained herein.

6. Defendant shall file an answer or otherwise respond to the Second Amended Complaint within fourteen (14) days of the filing of the Second Amended Complaint, in accordance with Rule 15(a)(3), or within five (5) judicial days after the parties' in-person settlement negotiation, presently scheduled for March 13, 2024, whichever is later.

DATED this 5th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Yanxiong Li
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

JENNER & BLOCK LLP
Andrew W. Vail, Esq.
*Admitted Pro Hac Vice*
Wade A. Thomson, Esq.
*Admitted Pro Hac Vice*
Kaitlin M. Leskovac, Esq.
*Admitted Pro Hac Vice*
353 N. Clark Street
Chicago, IL 60654

*Attorneys for Plaintiff McDonald's Corporation*

DICKINSON WRIGHT PLLC

/s/ *Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

*Attorneys for Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 6, 2024