| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **JENNER & BLOCK LLP** |
| Darren T. Brenner | Andrew W. Vail, Esq. |
| Nevada Bar No. 8386 | *Admitted Pro Hac Vice* |
| Christina V. Miller, Esq. | Wade A. Thomson, Esq. |
| Nevada Bar No. 12448 | *Admitted Pro Hac Vice* |
| Yanxiong Li, Esq. | Kaitlin M. Leskovac, Esq. |
| Nevada Bar No. 12807 | *Admitted Pro Hac Vice* |
| 7785 W. Sahara Ave., Suite 200 | 353 N. Clark Street |
| Las Vegas, NV 89117 | Chicago, IL 60654 |
| (702) 475-7964; Fax: (702) 946-1345 | Tel.: (312) 222-9350 / Fax: (312) 527-0484 |
| dbrenner@wrightlegal.net | Email: AVail@jenner.com |
| cmiller@wrightlegal.net | WThomson@jenner.com |
| yli@wrightlegal.net | KLeskovac@jenner.com |

*Attorneys for Plaintiff, McDonald's Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.:  2:23-CV-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND CASE SCHEDULE (FIRST REQUEST)** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | |

Pursuant to Local Rules 26-3 and IA 6-1, Plaintiff McDonald's Corporation Plaintiff McDonald's Corporation ("McDonald's") and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas ("The D") hereby stipulate and agree to extend the remaining dates in the existing case schedule by approximately six months.  This extension will allow the parties time to discuss potential resolution of this action and, if such discussions are unsuccessful, to complete discovery, including discovery related to the Second Amended Complaint.  This is the parties' first stipulation to extend the case schedule and is brought for good cause as set forth below.

///

///

///

1. **Discovery completed.** The parties have served their initial disclosures pursuant to Rule 26(a). The parties have also each issued and responded to initial written discovery.

2. **Discovery that remains to be completed.** Pursuant to the parties' Stipulation of No Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, filed contemporaneously herewith, The D has stipulated to withdraw its Limited Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, ECF No. 82, and the parties have stipulated to allow McDonald's to file its Second Amended Complaint. McDonald's Second Amended Complaint adds new facts and an additional claim for relief. Accordingly, the parties will need to conduct additional discovery relating to the new allegations contained in McDonald's Second Amended Complaint.

3. **Reasons for the extension.** The parties have agreed to engage in an in-person settlement negotiation, which will be attended by duly authorized corporate representatives and counsel for the parties, on March 13, 2024. The parties desire to avoid incurring additional costs and expenses relating to discovery pending the outcome of this settlement negotiation. If such negotiations are unsuccessful, the parties believe that an additional six months will be an appropriate amount of time to complete discovery related to the Second Amended Complaint.

1        4. **Proposed schedule.** The parties propose that all discovery deadlines be extended by six months. With respect to the three deadlines that have already passed—to amend pleadings/add parties, Rule 26(a)(2) initial expert disclosures, and rebuttal expert disclosures—the parties are limited to the new allegations contained in McDonald's Second Amended Complaint. Subject to the foregoing, the parties propose that the Court amend the scheduling order in this case as follows:

| **Event** | **Current Deadline** | **~~Proposed~~ New Deadline** |
|---|---|---|
| Amend Pleadings/Add Parties | December 28, 2023 | June 28, 2024 |
| Fed. R. Civ. P. 26(a)(2) Initial Expert Disclosures | January 24, 2024 | July 24, 2024 |
| Rebuttal Expert Disclosures | February 23, 2024 | August 23, 2024 |
| Discovery Cutoff | March 27, 2024 | September 27, 2024 |
| Dispositive Motions | April 26, 2024 | October 25, 2024 |
| Joint Pretrial Order | May 24, 2024 | November 22, 2024 |

DATED this 5th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

JENNER & BLOCK LLP
Andrew W. Vail, Esq.
*Admitted Pro Hac Vice*
Wade A. Thomson, Esq.
*Admitted Pro Hac Vice*

DICKINSON WRIGHT PLLC

/s/ *Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

*Attorneys for Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 6, 2024