| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **JENNER & BLOCK LLP** |
| Darren T. Brenner, Esq. | Andrew W. Vail, Esq. |
| Nevada Bar No. 8386 | *Admitted Pro Hac Vice* |
| Christina V. Miller, Esq. | Wade A. Thomson, Esq. |
| Nevada Bar No. 12448 | *Admitted Pro Hac Vice* |
| 8337 W. Sunset Rd., Suite 220 | Kaitlin M. Leskovac, Esq. |
| Las Vegas, NV 89113 | *Admitted Pro Hac Vice* |
| (702) 475-7964; Fax: (702) 946-1345 | 353 N. Clark Street |
| dbrenner@wrightlegal.net | Chicago, IL 60654 |
| cmiller@wrightlegal.net | Tel.: (312) 222-9350 / Fax: (312) 527-0484 |
| | Email: AVail@jenner.com |
| | WThomson@jenner.com |
| | KLeskovac@jenner.com |

*Attorneys for Plaintiff, McDonald's Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MCDONALD'S CORPORATION, | Case No.: 2:23-CV-00384-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| CIRCA HOSPITALITY GROUP II LLC D/B/A THE D LAS VEGAS, | |
| Defendant. | |

///

///

///

///

///

1

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff McDonald's Corporation and Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas, through their undersigned counsel, that the above-captioned action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

DATED this 11th day of September, 2024.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | DICKINSON WRIGHT PLLC |
| /s/ Darren T. Brenner | /s/ Cynthia L. Alexander |
| Darren T. Brenner | Cynthia L. Alexander, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 6718 |
| Christina V. Miller, Esq. | Kerry E. Kleiman, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 14071 |
| 8337 W. Sunset Rd., Suite 220 | 3883 Howard Hughes Parkway, Suite 800 |
| Las Vegas, NV 89113 | Las Vegas, NV 89169 |
| | |
| JENNER & BLOCK LLP | *Attorneys for Defendant Circa Hospitality Group II LLC d/b/a The D Las Vegas* |
| Andrew W. Vail, Esq., Admitted *Pro Hac Vice* | |
| Wade A. Thomson, Esq., Admitted *Pro Hac Vice* | |
| Kaitlin M. Leskovac, Esq., Admitted *Pro Hac Vice* | |
| 353 N. Clark Street | |
| Chicago, IL 60654 | |
| | |
| *Attorneys for Plaintiff, McDonald's Corporation* | |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2024

2